■ In the Matter of INTERDISCIPLINARY CENTER FOR CHILD DEVELOPMENT, Appellant, v NEW YORK CITY BOARD OF EDUCATION et al., Respondents. [599 NYS2d 974] —Appeal by the petitioner from a judgment of the Supreme Court, Kings County (Garry, J.), dated March 7, 1991.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Garry at the Supreme Court. Lawrence, J. P., Ritter, Copertino and Santucci, JJ., concur.